Henry C. Kevane (CA Bar No. 125757)
Samuel R. Maizel (CA Bar No. 189301)
Pamela E. Singer (CA Bar No. 224758)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

Attorneys for Committee of
Creditors Holding Unsecured Claims

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SANTA ROSA DIVISION

| | |
|---|---|
| In re<br>**PALM DRIVE HEALTH CARE DISTRICT**,<br>                Debtor | Case No.: 07-10388-AJ<br>Chapter 9<br>**NOTICE OF INCREASE OF HOURLY BILLING RATES FOR PACHULSKI STANG ZIEHL & JONES LLP, ATTORNEYS FOR THE COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS** |

**TO THE HONORABLE ALAN JAROSLOVSKY; THE OFFICE OF THE UNITED STATES TRUSTEE; THE DEBTOR AND ITS COUNSEL; AND PARTIES REQUESTING SPECIAL NOTICE:**

      **PLEASE TAKE NOTICE** that the hourly billing rates of Pachulski Stang Ziehl & Jones LLP, counsel to the Committee of Unsecured Creditors Holding Unsecured Claims in the above-referenced case, have been adjusted effective January 1, 2009, as set forth in **Exhibit A** attached hereto.

      **PLEASE TAKE FURTHER NOTICE** that the terms of the Firm's retention agreement with the Committee is that the Firm's monthly statements for attorneys' services (not including expenses or paralegal time) rendered will not exceed the lesser of (a) the actual charges on such

statement based on the Firm's hourly rates, or (b) the total attorney hours reflected on such statement multiplied by an hourly rate of $500.00 plus paraprofessional fees and expenses.

Dated: January 29, 2009    PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ Samuel R. Maizel*
Samuel R. Maizel
Pamela E. Singer
Attorneys for Official Committee of
Unsecured Creditors