Henry C. Kevane (CA Bar No. 125757)
Samuel R. Maizel (CA Bar No. 189301)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

Attorneys for Official Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>Palm Drive Health Care District,<br><br>                Debtor | Case No.: 07-10388-AJ9<br><br>Chapter 9<br><br>**NOTICE OF (1) EFFECTIVE DATE OF PLAN, AND (2) APPOINTMENT OF UNSECURED CREDITOR OMBUDSMAN**<br><br>[NO HEARING REQUIRED.] |

**PLEASE TAKE NOTICE** that the Effective Date of the Debtor's *Second Amended Plan of Adjustment Dated April 30, 2009* [Docket No. 168] (the "Plan"), occurred on **May 19, 2010** (the "Effective Date"). The Plan was confirmed pursuant to the *Order Confirming Second Amended Plan of Adjustment Dated April 30, 2009*, entered by the Court on June 12, 2009. Pursuant to the *Fifth Notice of Further Extension of Plan Effectiveness Deadline* filed by the Official Committee of Unsecured Creditors ("Committee"), on April 21, 2010, the Committee and the District agreed, pursuant to Section 6 of the Plan, to further extend the deadline by which the conditions to the effectiveness and consummation of the Plan must have occurred until June 1, 2010. All conditions to the effectiveness and consummation of the Plan have now timely occurred. Accordingly, as of and following the Effective Date, the District has emerged from bankruptcy under Chapter 9 of the Bankruptcy Code.

| | |
|---|---|
| 1 | **PLEASE TAKE FURTHER NOTICE** that, as of and following the Effective Date, Stephen Simpson has been appointed as the Ombudsman to monitor and enforce the District's implementation of, and performance under, the Plan, pursuant to the provisions of Section 9(c) of the Plan. The Ombudsman shall be vested with the standing of a party in interest on behalf of the holders of Class C1 and C2 claims pursuant to Section 1128 of the Bankruptcy Code for the purposes contemplated by the Plan and Section 930 of the Bankruptcy Code. The Ombudsman shall be authorized to file, on behalf of unsecured creditors generally, appropriate motions or applications in the Court related to the District's performance under the Plan. The appointment of the Ombudsman will automatically terminate, without further notice, on the 30th calendar day following the date all Class C1 and C2 claims have been finally allowed and paid pursuant to the Plan. Mr. Simpson's contact information is as follows: |

>
> Stephen Simpson
> 290 Frey Road
> Santa Rosa, CA 95409
> Tel: 707-833-4860
> Fax: 707-833-2999
> Email: steve@ssimpson.com

**PLEASE TAKE FURTHER NOTICE** that on the 30th day following the Effective Date, the Committee shall be dissolved and the members of the Committee shall be released and discharged from any further authority, duties, responsibilities, liabilities and obligations related to, or arising from, the Chapter 9 case, except that the Committee shall continue in existence for the purposes, and shall remain authorized and empowered to take any actions, set forth in Section 10 of the Plan.

Dated: May 19, 2010                         PACHULSKI STANG ZIEHL & JONES LLP

                                            By   */s/ Henry C. Kevane*
                                                 Henry C. Kevane
                                                 150 California Street, 15th Floor
                                                 San Francisco, California  94111-4500
                                                 Telephone: 415/263-7000
                                                 Facsimile:  415/263-7010
                                                 Attorneys for Official Committee of
                                                 Unsecured Creditors