David J. Heaslett, Esq. (CA Bar No. 061463)
Attorney At Law
#6 Graeagle Village Centre
P.O. Box 340
Graeagle, CA 96103
Telephone: (530) 836-4625
Fax: (530) 836-4212

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>Palm Drive Health Care District,<br><br>Debtor. | Case No.: 07-10388-AJ-9<br><br>Chapter 9<br><br>**DEBTOR'S EX PARTE APPLICATION FOR CLOSING CASE; ORDER THEREON**<br><br>[No Hearing Required] |

Debtor Palm Drive Health Care District respectfully represents as follows:

1. Debtor's Second Plan of Adjustment Dated April 30, 2009 (the "Plan"), was confirmed by order of the Court entered on June 12, 2009 (Dkt. No. 180).

2. Debtor's exit financing for the Plan was approved by order of the Court entered on March 5, 2010 (Dkt. No. 208), and the financing closed.

3. The Effective Date of the Plan accordingly occurred on May 19, 2010 (*see* Dkt. No. 212).

4. The role of the Ombudsman appointed to monitor performance of the Plan's provisions with respect to payment of allowed general unsecured claims in Classes C1 and C2

pursuant to Section 9(c) of the Plan terminated according to the provisions thereof, the required treatment of those classes having been completed.

5. The Plan has been substantially consummated.

WHEREFORE, Debtor requests entry of an order, pursuant to Bankruptcy Code § 945(b), closing this Chapter 9 case.

Dated: March 6, 2014

*/s/ David J. Heaslett*
David J. Heaslett
Attorney for Debtor

### ORDER

The Court having considered the foregoing Ex Parte Application by Debtor, and good cause appearing therefor;

**IT IS HEREBY ORDERED** that this Chapter 9 case, Case No. 07-10388, is closed.

DATED: March 7, 2014

Alan Jaroslovsky
Chief Bankruptcy Judge

2